OPINION — AG — **** TAX COMMISSION — CAMPING TRIALER — TAXATION **** A "CAMPING TRAILER" IS WITHIN THE DEFINITION OF THE TERM "HOUSE TRAILER" AS DEFINED IN 47 O.S. 1969 SECTION 22.5D[47-22.5D] [47-22.5D], THE SAME WAS ORIGINALLY CONSTRUCTED TO BE USED AS LIVING QUARTERS. THIS FACTUAL DETERMINATION SHOULD BE MADE BY THE OKLAHOMA TAX COMMISSION. CITE: 47 O.S. 1969 Supp., 22.5D [47-22.5D] W. HOWARD O'BRYAN, JR.